UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-12543-RGS

MEGAN McGOWAN,

Plaintiff

v.

NANCY A. BERRYHILL,
*Acting Commissioner of the
Social Security Administration*,

Defendant

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

March 19, 2020

STEARNS, D.J.

I agree with Magistrate Judge Cabell that the Commissioner correctly found that plaintiff McGowan is not disabled within the meaning of the Social Security Act. The Administrative Law Judge (ALJ) was patently correct in the assessment that the record evidence did not support McGowan's claims of debilitating back pain. Nor (like Magistrate Judge Cabell) do I read anything into the fact that the ALJ made alternative findings at step five of the sequential evaluation out of an abundance of

caution. The ALJ's determination at step four that McGowan retained the Residual Functional Capacity to perform light work (consistent with her work history) properly ended the analysis. Consequently, Magistrate Judge Cabell's Recommendation is ADOPTED. Plaintiff's motion to reverse or remand the decision of the Commissioner is DENIED, and the Commissioner's motion to affirm is ALLOWED. The Clerk will enter judgment for the Commissioner and close the case.[1]

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] McGowan has not filed an Objection to the Magistrate's Report and Recommendation within the time allotted.